**Robin POTERA–HASKINS, Plaintiff—Appellant,**

v.

**Geoffrey GAMBLE; Allen Yarnell; Peter Fields; Dan Davies; Bozeman, MSU, Defendants—Appellees.**

**No. 10–35778.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 5, 2011.

Filed Aug. 16, 2011.

Daniel M. Siegel, Dean Royer, Siegel & Yee, Oakland, CA, for Plaintiff-Appellant.

Robin Potera–Haskins, Mcminnville, OR, pro se.

814

William Anderson Forsythe, Moulton Bellingham PC, Billings, MT, for Defendants–Appellees.

Before: SCHROEDER and NOONAN, Circuit Judges, and SNOW, District Judge.*

## MEMORANDUM **

Robin Potera–Haskins ("Potera–Haskins") appeals the district court's denial of a jury trial on her claim under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, and its grant of summary judgment on her 42 U.S.C. § 1983 First Amendment retaliation claim. We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

Potera–Haskins was not entitled to a jury trial on her Title IX claim. With respect to monetary relief, she could recover no more than the liquidated damages she received, and a bench trial was therefore appropriate. *See Smith v. Barton,* 914 F.2d 1330, 1337 (9th Cir.1990).

The district court properly granted summary judgment on Potera–Haskins' First Amendment retaliation claim because her statements were made pursuant to her official duties. *See Garcetti v. Ceballos,* 547 U.S. 410, 421, 126 S.Ct. 1951, 164 L.Ed.2d 689 (2006).

**AFFIRMED.**

---

* The Honorable G. Murray Snow, District Judge for the U.S. District Court for Arizona, Phoenix, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.